# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **JEAN CLAYTON CORMIER** | **CIVIL ACTION NO. 6:17-cv-1097** |
| **VS.** | **SECTION P** |
| | **DISTRICT JUDGE FOOTE** |
| **GLEN E. HOWIE, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 30th day of October, 2017.

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**